IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASONA MANAGEMENT, INC., | No. C 14-5265 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTIONS FOR REMAND AND FOR ORDER SHORTENING TIME** |
| v. | |
| SHARON HALL, | |
| Defendant. / | |

Before the Court is the Report and Recommendation, filed sua sponte, by Magistrate Judge Kandis A. Westmore on December 9, 2014, by which filing said magistrate judge recommends the above-titled action be remanded to state court for lack of federal question jurisdiction and requests the action be reassigned to a district judge for purposes of determining said jurisdictional question. That same date, the above-titled action was reassigned to the undersigned. Thereafter, on December 10, 2014, plaintiff filed a motion for remand along with an application to have the motion heard on shortened time, and noticed both matters for hearing before Magistrate Judge Westmore.

If plaintiff wishes to pursue the above-described filings, it must renotice them for hearing before the undersigned. Alternatively, as the issues presented in the motion to remand are presently pending before the Court in the above-referenced Report and Recommendation, plaintiff may wish to submit the matter on the reasoning set forth therein.

**IT IS SO ORDERED.**

Dated: December 16, 2014

MAXINE M. CHESNEY
United States District Judge